IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-00002-01-CR-W-GAF |
| JAMES ANTHONY BEE, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On February 1, 2016, defendant filed a motion for judicial determination of mental competency. He was examined by Jessica Micono, Psy.D., a forensic psychologist, who prepared a report dated April 29, 2016, which was received and docketed on May 11, 2016.

On June 13, 2016, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Ronna Holloman-Hughes. The government was represented by Assistant United States Attorney Patrick Daly. The parties stipulated to the contents and findings of Dr. Micono (Tr. at 2).

Based on the uncontroverted evidence stipulated to by counsel in this case, I find that defendant is competent to stand trial and assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the 14-day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 3).  Any objections to this Report and Recommendation shall be filed by June 15, 2016.

                                                  /s/ Robert E. Larsen
                                                  ROBERT E. LARSEN
                                                  United States Magistrate Judge

Kansas City, Missouri
June 14, 2016