# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-00002-01-CR-W-GAF |
| ) | |
| JAMES ANTHONY BEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 13, 2016, a hearing was held on the issue of defendant James Anthony Bee's competency. The Court considered the report prepared by Jessica Micono, Psy.D., a forensic psychologist, dated April 29, 2016. The parties stipulated to the contents and findings of Dr. Micono.

On June 14, 2016, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (doc. 21).

Upon careful and independent review of the record, as well as the applicable law, and counsel having waived the 14-day objection period and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is ORDERED that defendant James Anthony Bee is found competent to stand trial and to assist in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 16, 2016