IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-00002-01-CR-W-GAF |
| | ) | |
| JAMES ANTHONY BEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is defendant James Anthony Bee's Motion to Suppress Evidence (doc. 27). Defendant seeks to suppress all evidence in this case that was obtained as a result of the issuance of a Network Investigative Technique ("NIT") warrant.

On January 13, 2017, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (doc. 36). On January 27, 2017, defendant filed his Objections to the Report and Recommendation (doc. 39).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays. Accordingly, it is hereby

ORDERED that defendant James Anthony Bee's Motion to Suppress Evidence (doc. 27) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 31, 2017

1